IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO HEALTH CONNECTIONS,
a New Mexico Non-Profit Corporation,

       Plaintiff,

v.                                         Civil Case No. 1:16-cv-00878 JB/WPL

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; CENTERS FOR
MEDICARE AND MEDICAID SERVICES;
THOMAS E. PRICE, M.D., Secretary of the United
States Department of Health and Human Services, in
his official capacity; and SEEMA VERMA,
Administrator for the Centers for Medicare and
Medicaid Services, in her official capacity,

       Defendants.

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      COMES NOW Plaintiff, New Mexico Health Connections ("NMHC"), and pursuant to Fed. R. Civ. P. 56 and the Scheduling Order [Doc. 23], hereby moves the Court for summary judgment as to Plaintiff's claims for declaratory and injunctive relief. The grounds for NMHC's Motion for Summary Judgment, and the arguments and authorities in support of the Motion, are set out in NMHC's Memorandum in Support and Exhibits filed contemporaneously with this Motion.

                                                                         LONG, KOMER & ASSOCIATES, PA

                                                          */s/ Nancy R. Long*
                                                          Nancy R. Long
                                                          2200 Brothers Road/PO Box 5098
                                                          Santa Fe, NM 87502
                                                          (505) 982-8405
                                                          nancy@longkomer.com
                                                          email@longkomer.com
                                                          vmarco@longkomer.com

        Barak A. Bassman
        Sara B. Richman
        Leah Greenberg Katz
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103-2799
        215-981-4000
        bassmanb@pepperlaw.com
        richmans@pepperlaw.com
        katzl@pepperlaw.com

        Marc D. Machlin (*pro hac vice to be filed*)
        PEPPER HAMILTON LLP
        Hamilton Square
        600 Fourteenth Street, N.W.
        Washington, D.C. 20005-2004
        202-220-1200
        machlinm@pepperlaw.com

        *Attorneys for Plaintiff*

## Certificate of Service

    I hereby certify that on this 13th day of April, 2017, I filed the foregoing Motion for Summary Judgment electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic filing.


                */s/ Nancy R. Long*
                Nancy R. Long